# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 08-30076-DRH |
| vs. | ) |
| | ) |
| **TIMOTHY WALTON,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On October 30, 2008, this Court entered an Order for forfeiture against defendant Timothy Walton for the following property which had been seized from said defendant:

**A Star, Model Firestar, 9mm Luger caliber firearm bearing serial number 2160984.**

Said Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Said Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning January 9, 2009, and ending February 7, 2009, and that no third party filed a petition within

30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 30, 2008, namely:

**A Star, Model Firestar, 9mm Luger caliber firearm bearing serial number 2160984.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE:** April 2, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**